IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KEMAR ROGELO WHITE,

Petitioner,

v. Civil Action No. 2:26-cv-11

JAY JONES, ATTORNEY GENERAL
OF VIRGINIA,

Respondent.

**FINAL ORDER**

This matter is before the Court on Petitioner Kemar Rogelo White's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"), Dkt. No. 1, and Respondent the Commonwealth of Virginia's ("Respondent") Motion to Dismiss, Dkt. No. 9. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), Rule 72 of the Local Civil Rules, and the April 2, 2002, Standing Order on Assignment of Certain Matters to United States Magistrate Judges.

On September 10, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court grant Respondent's Motion to Dismiss and that the Petition be denied and dismissed with prejudice because the Petition was untimely under the AEDPA and the Petition is not entitled to statutory tolling or equitable tolling. Dkt. 14, at 7, 9, 12. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 12–13, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that

Respondent's Motion to Dismiss, Dkt. No. 9, is **GRANTED** and the Petition, Dkt. No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE.**

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 14, 2026